In the Matter of GORDON VASQUEZ, Petitioner, v THOMAS POOLE, as Superintendent of Five Points Correctional Facility, Respondent. [768 NYS2d 865]—CPLR article 78 petition transferred to this Court by an order of Supreme Court, Seneca County (Bender, J.), entered July 10, 2003, seeking review of a determination after a Tier II hearing.

It is hereby ordered that said proceeding be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d 996 [1996]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN BARR, Appellant. [768 NYS2d 865]—Appeal from a judgment of Ontario County Court (Doran, J.), entered July 9, 2002, convicting defendant upon his plea of guilty of course of sexual conduct against a child in the first degree (two counts) and endangering the welfare of a child (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pine, J.P., Wisner, Scudder, Gorski and Lawton, JJ.